

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 1, 2020

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Garcia Gonzalez v. U.S. Citizenship and Immigration Services, et al.*,
             No. 19 Civ. 2911 (JGK)

Dear Judge Koeltl:

      This Office represents the government in this action brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Following the Court's suggestion at the summary judgment oral argument held on June 25, 2020, on June 29, 2020, the parties discussed the segregability of the 81 withheld records at issue in this case. Immigration and Customs Enforcement ("ICE") is presently considering a voluntary review of the segregability of such records and will inform this Office of its decision next week. As a result, the parties respectfully request that they be permitted to submit a joint status report to the Court by July 10, 2020.

      We thank the Court for its consideration of this request.

      Respectfully,

      AUDREY STRAUSS
      Acting United States Attorney

By:    s/ *Joshua E. Kahane*
      JOSHUA E. KAHANE
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel: (212) 637-2699
      joshua.kahane@usdoj.gov

cc:    Zoe Levine, Esq. (via ECF)