

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

*86 Chambers Street
New York, New York 10007*

July 10, 2020

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Garcia Gonzalez v. U.S. Citizenship and Immigration Services, et al.*,
              No. 19 Civ. 2911 (JGK)

Dear Judge Koeltl:

      This Office represents the government in this action brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Following the Court's suggestion at the summary judgment oral argument held on June 25, 2020, and in accordance with last week's joint letter (*see* ECF No. 55), Immigration and Customs Enforcement ("ICE") is voluntarily reviewing the 81 withheld records at issue and will provide any newly redacted records to Plaintiff by July 17, 2020. The parties respectfully submit that permitting ICE to complete its review and Plaintiff to evaluate whether any newly redacted records may resolve some of his claims is in the interests of justice. The parties therefore respectfully request leave to submit a joint status report to the Court by July 22, 2020.

      We thank the Court for its consideration of this request.

                                    Respectfully,

                                    AUDREY STRAUSS
                                    Acting United States Attorney

                By:    s/ *Joshua E. Kahane*
                          JOSHUA E. KAHANE
                          Assistant United States Attorney
                          86 Chambers Street, Third Floor
                          New York, NY 10007
                          Tel: (212) 637-2699
                          joshua.kahane@usdoj.gov

cc:    Zoe Levine, Esq. (via ECF)