# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

**DELFINO GARCIA GONZALEZ**

                      Plaintiff,                          19 **CIVIL** 2911 (JGK)

        -against-                                    <u>**JUDGMENT**</u>

**UNITED STATES CITIZENSHIP AND**
**IMMIGRATION SERVICES et al.,**

                      Defendants.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 29, 2020, The Court has considered all the arguments of the parties in this opinion and in the companion opinion issued ex parte and filed under seal; To the extent not specifically discussed, the arguments are either moot or without merit; The plaintiff's motion for summary judgment and to strike the in camera and ex parte submissions in this case are **denied**. The Government's motion for summary judgment is granted; Judgment is entered for the Government and against the plaintiff; the complaint is dismissed, and this case is closed.

**Dated:** New York, New York
          July 30, 2020

                                                        **RUBY J. KRAJICK**
                                                 _____
                                                        Clerk of Court
                                   **BY:**
                                                           Deputy Clerk